IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.  Criminal No. 1:05-10009-01

CHAD MICHAEL HEARN

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon oral motion of counsel for the Government, the trial date of May 12, 2005, was continued due to the unavailability of a material witness. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **RE-SET** the **TRIAL DATE** for **MONDAY, JUNE 6, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 12, 2005 to June 6, 2005, as excludable delay under Title 18 U.S.C.§ 3161(h)(3)(A) and (h)(8)(B)(iv).

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 13 May 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  05-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:05-CR-10009 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT