IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS.   ] | No. 1:05-10009-01-T |
| ] | |
| CHAD MICHAEL HEARN ] | |

### ORDER ON JURY VERDICT

This cause came on to be tried on June 6 and 7, 2005, Assistant U. S. Attorney, Angela R. Scott, representing the government, and the defendant appeared in person and with counsel, Richard Lowe Finney, III, who was retained.

Upon statement of counsel that they were ready for trial on the not guilty plea heretofore entered by the defendant, a jury was called, qualified, tried, accepted and sworn to well and truly try the issues herein joined and a true verdict render according to the law and evidence.

After listening to all of the testimony, arguments of counsel and charge of the court, the alternate juror was discharged and the jury retired to the jury room to begin its deliberation. After due deliberation, the jury returned into open Court on June 7, 2005, and announced its verdict of **GUILTY** as charged in

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6/10/05_



Counts 1 and 2 of the Indictment.  Jurors polled individually, thanked for services and discharged.

This case is set for sentencing on **Tuesday, August 9, 2005 at 8:30 a.m.**

The defendant is allowed to remain on his present bond until sentencing.

IT IS SO ORDERED

*/s/ James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 9 June 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:05-CR-10009 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT