# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-10009-T |
| CHAD MICHAEL HEARN, | ) |
| Defendant. | ) |

## ORDER CONTINUING SENTENCING HEARING

Defendant Chad Michael Hearn has filed a motion to continue the sentencing hearing currently set for September 26, 2005. The United States has no objection to the motion. For cause shown, the motion is GRANTED. The sentencing hearing is reset for October 27, 2005, at 9:15 a.m.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 09-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:05-CR-10009 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT