IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-10009-T |
| ) | |
| CHAD MICHAEL HEARN, ) | |
| ) | |
| Defendant. ) | |

## ORDER REVOKING BOND

On June 7, 2005, defendant Chad Michael Hearn was found guilty by a jury as charged in count one and two of his Indictment (Possession with Intent to Distribute Ecstasy, and Possession of a Firearm During and in Relation to a Drug Trafficking Crime. Defendant was allowed to remain on bond pending sentencing.

Defendant submitted a urine screen to Pretrial Services on May 17, 2005, which was confirmed positive for marijuana and another positive urine screen on June 20, 2005. Also, Mr. Hearn currently has an active felony warrant for Grand Theft in Florida. The supervising officer in Florida spoke with Mr. Hearn on September 22, 2005, and instructed him to report to the Probation/Pretrial Services office on September 23, 2005. Mr. Hearn failed to report as directed. Therefore, the court finds that there is no condition or combination of conditions which will guarantee the appearance of defendant and the safety of the community. Defendant's bond is hereby revoked and he is to be taken into custody immediately and returned to the Western District of Tennessee for sentencing.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

26 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  09-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 1:05-CR-10009 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT